(No. 892—Claimant awarded $495.00.) [1]

WATSON H. ALLEN, Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed May 1, 1925.*

NON-LIABILITY OF STATE—*when State not liable. Ill. & Mich. Canal.* The State is not liable for damages to land and crops caused by an overflow of water from the Illinois and Michigan Canal.

SOCIAL JUSTICE AND EQUITY—*award may be made.* Although the State is not legally liable for damages to lands and crops of claimant caused by overflow of water from the Ill. & Mich. Canal, an award may be made to claimant on ground of social justice and equity.

LEE O'NEIL BROWNE, for claimant.

OSCAR E. CARLSTROM, Attorney General; S. S. DuHAMEL, Assistant Attorney General, for respondent.

Mr. JUSTICE LEECH delivered the opinion of the court:

This is a claim for damage sustained by claimant to his land and crops by reason of the overflow from waters of the Illinois and Michigan canal on August 8, 1924, damages to crops amounting to $495.00.

The demurrer filed by the Attorney General of the State of Illinois, is, as a matter of law, sustained.

On the grounds of social justice and equity, we award claimant the sum of $495.00.